EUDE MOYA v. CITY OF NEW BRUNSWICK.

June 3, 1981.

Petition for certification granted.

JOSEPH C. PALMER, JR. v. CAROL PALMER.

June 3, 1981.

Petition for certification denied.

NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION
v. HUNTERDON COUNTY DEMOCRATIC COMMITTEE.

June 3, 1981.

Petition for certification denied.   (See 178 *N.J.Super.* 233)

STATE OF NEW JERSEY v. GERALD SMEDLEY.

June 3, 1981.

Petition for certification denied.